QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017 T: 213.443.3000 F: 213.443.3100

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAIMLER AG

PLAINTIFF(S)

v.

AMAZON.COM, INC.

DEFENDANT(S).

CASE NUMBER

2:17-cv-07674

WAIVER OF SERVICE OF
SUMMONS

To: John B. Quinn, Tigran Guledjian, Valerie Roddy, and Lauren Hudson,
*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after* _January 16, 2018_, or within 90 days after that date if the request was sent outside the United States.

*Date Notice of Lawsuit and Request for Waiver of Service Summons is sent.

January 17, 2018
*Date Signed by Receiving Party*

Lara A. Rogers
*Name*

2021 7th Avenue
*Street Address*

Seattle, WA 98121
*City, State, Zip Code*

[signature]
*Signature*

206-308-5104; 206-266-7010
*Telephone Number and Fax Number*

Senior Corporate Counsel
*Relationship to Entity on Whose Behalf I am Acting*

Amazon.com, Inc.
*Name of Party Waiving Service*