QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Tigran Guledjian (Bar No. 207613)
  tigranguledjian@quinnemanuel.com
  Valerie Roddy (Bar No. 235163)
  valerieroddy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

  Lauren Hudson (Bar No. 307731)
  laurenhudson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for Plaintiff DAIMLER AG*

[Additional counsel on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER AG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:17-cv-7674-TJH-FFM |
| v. | ) |
| | ) |
| AMAZON.COM, INC., | ) **JOINT STIPULATION OF** |
| | ) **DISMISSAL** |
| Defendant. | ) |
| | ) |
| | ) FRCP Rule 41(a)(1)(A)(ii) |
| | ) |
| | ) |

## **STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their respective counsel, hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

## **STIPULATED AND AGREED TO BY:**

DATED:  September 26, 2019        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By/s/ *Valerie Roddy*
     Valerie Roddy

*Attorneys for Plaintiff Daimler AG*

DATED:  September 26, 2019        PERKINS COIE, LLP

By/s/ *Grant E. Kinsel*
   Grant E. Kinsel
   PERKINS COIE, LLP
   Grant Kinsel
   GKinsel@perkinscoie.com
   1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
   Telephone:  (206) 359-3516
   Facsimile:   (206) 359-9000

*Attorneys for Defendant Amazon.com, Inc.*

**ATTESTATION**

I, Valerie Roddy, am the ECF User whose ID and password were used to file this Joint Stipulation. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Grant E. Kinsel has concurred in the aforementioned filing.

Dated: September 26, 2019           */s/ Valerie Roddy*
                                                               Valerie Roddy