1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11   DAIMLER AG,                         )
                                         )
12              Plaintiff,               )
                                         )   CASE NO. 2:17-cv-7674-TJH-FFMx
13        v.                             )
                                         )
14   AMAZON.COM, INC.,                   )   **ORDER GRANTING JOINT**
                                         )   **STIPULATION OF DISMISSAL**
15              Defendant.               )   **[JS-6]**
                                         )
16                                       )
                                         )
17                                       )
                                         )
18                                       )
19
20        Upon consideration of the Parties' Joint Stipulation of Dismissal, IT IS SO
21   ORDERED.  This action is dismissed with prejudice, with each party to bear its own
22   costs.
23    DATED: September 27, 2019          _____
24                                       The Honorable Terry J. Hatter, Jr.
25                                       United States District Judge
26
27
28